THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL CARTER                                                                                                    PLAINTIFF

v.                                    Case No. 4:19-cv-00157-KGB

KAUFMAN LUMBER COMPANY, STEVE
WORTMAN, and JOHN BROOKS                                                                                DEFENDANTS

## ORDER

On June 25, 2020, defendants Kaufman Lumber Company, Steve Wortman, and John Brooks (collectively, "defendants") filed a second motion for additional time to conduct plaintiff Michael Carter's deposition (Dkt. No. 42).  Shortly after the instant motion was filed, counsel for defendant informally contacted the Court to notify it that the motion should have been submitted under seal.  On its own motion, the Court directs the Clerk of Court to place under seal defendants' second motion for additional to conduct Mr. Carter's deposition and Exhibit 1 thereto.  If any party objects to these documents remaining under seal, the party should file a written motion with the Court within 10 days from the entry of this Order.

It is so ordered this 26th day of June, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge